**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

RAKHAT BAISHYMYROV,
A-221-347-017,

Petitioner,

v.

WARDEN OF THE GOLDEN STATE
ANNEX DETENTION FACILITY, et. al.,

Respondents.

No.  1:25-CV-01658-DMC (HC)

ORDER

Petitioner, an immigration detainee who is proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  Pursuant to the written consent of all parties, ECF Nos. 6 and 8, this case is before the undersigned judge for all purposes, including entry of a final judgment.  See 28 U.S.C. § 636(c); see also ECF No. 9 (consent order).

On January 20, 2026, the Court granted the petition in part and denied in part, ordering that Respondents

> [P]rovide Petitioner an individualized bond hearing before an immigration judge that complies with the requirements set forth in Singh v. Holder, 638 F.3d 1196 (9th Cir. 2011), and where "the government must prove by clear and convincing evidence that [Petitioner] is a flight risk or a danger to the community to justify denial of bond," id. at 1203. In the event Petitioner is "determined not to be a danger to the community and not to be so great a flight risk as to require detention without bond," the immigration judge should consider Petitioner's financial

1

circumstances and alternative conditions of release. Hernandez v. Sessions, 872 F.3d 976, 1000 (9th Cir. 2017).

ECF No. 11, pg. 17.

Pursuant to that decision, the case was closed. Petitioner subsequently filed a first amended petition, ECF No. 13, and a motion to appoint counsel, ECF No. 14. Petitioner did not seek leave of court to file the amended petition and it will therefore, be stricken. Given the case is closed, the undersigned will additionally deny the motion to appoint counsel, without prejudice.

However, the Court is concerned that in the amended petition, Petitioner alleges that Respondents failed to provide the process ordered in this Court's judgment, ECF No. 11. Thus, the undersigned will direct Respondents to file a notice of compliance within seven days of this order to inform the Court of when they provided Petitioner with an individualized bond hearing pursuant to this Court's order. Such notice shall include all information regarding compliance with this Court's order.

Accordingly, it is HEREBY ORDERED that:

1.    Petitioner's amended petition, ECF No. 13, is stricken as improperly filed;

2.    Petitioner's motion to appoint counsel, ECF No. 14, is denied without prejudice;

3.    Respondents are directed to file a notice of compliance within seven days of the date of this order.

Dated:  March 17, 2026

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2